IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| VS. | § | Case No. 4:08mc9 |
| | § | |
| MORRIS DWAYNE TURNER | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND ORDER CLOSING CASE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636. On November 5, 2008, the amended report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Morris Dwayne Turner's Motion for Return of Seized Funds (Dkt. 1) be DENIED.

The Court, having made a *de novo* review of the objections raised by the Government, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court.

It is, therefore, **ORDERED** that Morris Dwayne Turner's Motion for Return of Seized Funds (Dkt. 1) is DENIED.

Further, in light of this order, this matter is ordered CLOSED.

**IT IS SO ORDERED.**
**SIGNED this 17th day of December, 2008.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE